RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/28/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JEFFERY BRIGGS<br>LA. DOC #481039 | CIVIL ACTION NO. 3:10-cv-0890 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN, FORCHT-WADE<br>CORRECTIONS CENTER | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Jeffery Briggs' Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 27 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE