RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/31/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JEFFERY BRIGGS** <br> **LA. DOC #481039** | **CIVIL ACTION NO. 3:10-cv-0890** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **WARDEN, FORCHT-WADE** <br> **CORRECTIONS CENTER** | **MAG. JUDGE KAREN L. HAYES** |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that the certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

**MONROE, LOUISIANA**, this 31 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE